UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | No. | 20 CR 602 |
| v. | ) | Hon. | Mary M. Rowland |
| | ) | | |
| FIDEL MARQUEZ | ) | | |

## JOINT STATUS REPORT

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and attorneys Chris Niewoehner and William Andrichik, on behalf of defendant FIDEL MARQUEZ, jointly file this status report and state as follows:

1. On September 4, 2020, defendant Fidel Marquez was charged by information with conspiring to commit an offense against the United States, in violation of 18 U.S.C. § 371. R. 1. On September 29, 2020, the defendant pled guilty to the charge, and agreed to cooperate with the government. R. 13.

2. The defendant testified as a witness for the government earlier this year in *United States v. McClain et al.*, No. 20 CR 812 (N.D. Ill.) (Leinenweber, J.). The government anticipates calling the defendant to testify again in *United States v. Madigan et al.*, No. 22 CR 115 (N.D. Ill.) (Blakey, J.), which is set for trial on April 1, 2024. The government anticipates the *Madigan* trial will conclude prior to July 2024.

3. The parties are not aware of any matter that would benefit from an in-person status hearing before the Court at this time.

4. Owing to the defendant's expected testimony in the *Madigan* case, the parties respectfully request that the Court order the parties to file an additional status report on or before July 1, 2024.

WHEREFORE, the parties respectfully request that the Court enter an order directing them to file an additional status report on or before July 1, 2024.

        Respectfully submitted.

        MORRIS PASQUAL
        Acting United States Attorney

By:   */s/ Amarjeet S. Bhachu*
        AMARJEET S. BHACHU
        Assistant United States Attorney
        219 South Dearborn Street
        Fifth Floor
        Chicago, Illinois 60604
        (312) 353-5300

        FIDEL MARQUEZ
        Defendant

By:   */s/ William Andrichik*
        CHRIS NIEWOEHNER
        WILLIAM ANDRICHIK
        Attorneys for Fidel Marquez
        Steptoe & Johnson LLP
        227 West Monroe Street
        Suite 4700
        Chicago, Illinois 60606

Dated: November 2, 2023